IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT, et al.,                No. CIV. S-04-1719 DFL PAN

    Plaintiffs,

    v.                                  <u>ORDER RE DISPOSITION AFTER</u>
                                        <u>NOTIFICATION OF SETTLEMENT</u>
ASIAN BUFFET, INC., et al.,

    Defendants.
_____/

    The court has been advised by defense counsel, Ken D. Baker, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than November 10, 2005, and,

1

1    2.  That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 10/20/2005

_____
DAVID F. LEVI
United States District Judge

2