THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
MARSHALL LOSKOT
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>ASIAN BUFFET, INC., a California corporation; and HOWARD LEE FONG & YEE YING FONG,<br><br>        Defendants.<br>_____ | **CASE NO. CIV.S-04-1719 DFL PAN**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The parties, by and through their attorneys of record, stipulate that terms have been negotiated which fully and completely resolve plaintiffs' claims herein.  These terms have been memorialized in a mutual settlement agreement and release which is currently being circulated for final approval and signature. Therefore, the parties stipulate to dismissal of this action in its entirety with

1 prejudice pursuant to Fed.R.Civ.P.41(a)(1), unless within the next thirty days
2 either party notifies the Court that settlement hereof has not been consummated.
3    Outside of the terms of the parties' settlement agreement and release
4 ("Agreement") herein, each party is to bear its own costs and attorneys' fees.
5 The parties further consent to and request that the Court retain jurisdiction over
6 enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
7 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over
8 enforcement of settlement agreements).
9    This stipulation may be executed in counterparts, all of which together
10 shall constitute one original document.

11

12 DATED: December 1, 2005        THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*
13

14                                By   /s/ Julia M. Adams
                                        Julia M. Adams
15                                Attorneys for Plaintiffs MARSHALL
                                  LOSKOT and DISABILITY RIGHTS
16                                ENFORCEMENT, EDUCATION
                                  SERVICES: HELPING YOU
17                                HELP OTHERS

18 Dated: December 1, 2005        STOEL RIVES, LLP

19

20                                By:  /s/ John A. McKinsey
                                        John A. McKinsey
21                                Attorneys for Defendants HOWARD LEE FONG
                                  & YEE YING FONG

22

23

                                **ORDER**
24
   Having been notified of the parties' settlement, IT IS HEREBY
25
ORDERED that the matter be dismissed with prejudice, each side to bear its own
26
costs and fees.  However, should settlement not be fully consummated within
27
thirty (30) days of this Order, either party may seek to have the dismissal
28
rescinded and the matter reinstated to the Court's trial calendar.  IT IS

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                              -2-

1  FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of
2  enforcing the parties' settlement agreement and release should such enforcement
3  be necessary.

5  Dated: 12/6/2005

/s/ David F. Levi
Hon. David F. Levi
Chief United States District Judge